Cardell RHETT, Jr., Plaintiff–Appellee,

v.

Wayne SCOTT; et al., Defendants,

T. Revell; NFN Gonzalez, Defendants–Appellants.

No. 03–10812.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 24, 2004.

Cardell Rhett, Jr., Houston, TX, pro se.

Jason E. Magee, Office of the Attorney General, Austin, TX, for Defendants–Appellants.

Before SMITH, DUHÉ, and WIENER, Circuit Judges.

## PER CURIAM.[1]

Dr. William Gonzalez and Dr. Tim Revell appeal from the district court's denial of their motion for summary judgment in Cardell Rhett, Jr.'s 42 U.S.C. § 1983 action. The district court determined that Rhett had produced sufficient evidence to create a genuine issue of material fact regarding deliberate indifference to his serious medical needs. We lack jurisdiction to review the district court's determination. *Nerren v. Livingston Police Dep't*, 86 F.3d 469, 472 (5th Cir.1996).

APPEAL DISMISSED.

---

1. Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

